**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | |
|---|---|
| RICHARD W. MORIN, ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | No. 2:10-CV-253-DBH |
| ) | |
| COMMISSIONER, MAINE ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ET AL., ) | |
| ) | |
| **DEFENDANTS** ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On May 31, 2011, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the defendants' motion for summary judgment. The time within which to file objections expired on June 17, 2011, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion for summary judgment is **GRANTED**. Judgment is entered for the defendants.

**SO ORDERED.**

**DATED THIS 22ND DAY OF JUNE, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**